IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JENNIFER JARRETT and JAMES JARRETT, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 122-057 |
| JACHARY BOZEMAN, | * * * | |
| Defendant. | * | |

O R D E R

Before the Court is the Parties' consent motion to dismiss interested party Garrison Property and Casualty Insurance Company ("GPCIC") without prejudice and further dismissing without prejudice GPCIC's crossclaim against Defendant. (Doc. 13.)

This Court has previously held "that Rule 41(a)(1) is a proper mechanism to dismiss less than all the parties to a controversy." Jackson v. Equifax Info. Servs., LLC, No. 1:19cv096, 2020 WL 476698, at *1 (S.D. Ga. Jan. 29, 2020); see also Rainey-Jones v. Charlie Norwood VA Med. Ctr., No. 1:19cv186, 2020 WL 5370958, at *1 ("A stipulation of dismissal may be used . . . to dismiss an entire action against a particular defendant in a lawsuit."). The pending motion has been signed by all Parties; therefore, the Court finds the dismissal of interested party GPCIC proper under Rule 41(a)(1).

**IT IS THEREFORE ORDERED** that the Parties' consent motion to dismiss without prejudice (Doc. 13) is **GRANTED**. This matter is **DISMISSED WITHOUT PREJUDICE** as to interested party Garrison Property and Casualty Insurance Company and its crossclaim against Defendant is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** Garrison Property and Casualty Insurance Company as a Party to this action. Each Party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of August, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA