IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JENNIFER JARRETT and<br>JAMES JARRETT, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 122-057 |
| ZACHARY BOZEMAN, | * * | |
| Defendant. | * * | |

# O R D E R

Before the Court is the Parties' joint motion for reconsideration of the Parties' second consent motion to extend discovery and all other deadlines. (Doc. 29.) On November 10, 2022, the Parties submitted a consent motion to extend discovery and all other deadlines by one hundred and twenty (120) days because of "conflicts presented by Defense counsel's upcoming wedding and the holiday season." (Doc. 25, at 1.) United States Magistrate Judge Brian K. Epps granted the Parties an extension and ordered any further extension requests to be directed to the presiding District Judge. (Doc. 26, at 2.) On March 24, 2023, the Parties submitted their second consent motion to extend discovery and all other deadlines by one hundred and twenty (120) days, requesting an extension because of "conflicts presented by Defense counsel's upcoming wedding and the holiday season." (Doc.

27, at 1.) The Court denied the second motion because the Parties had not demonstrated good cause for an extension. (Doc. 28, at 2.)

On March 29, 2023, the Parties submitted the present motion, asserting that "an incorrect and previous version of the [second motion] was filed . . . [and] contained incorrect language as to the reason for the [second motion]." (Doc. 29, at 1.) Presently, the Parties request an extension "[d]ue to unexpected illness, Defense counsel's out of country travel, and other scheduling conflicts" and represent that Plaintiff's deposition is scheduled for May 3, 2023. (Doc. 29-1, at 1.) On April 10, 2023, the Parties submitted a joint status report in which they agreed to complete mediation within sixty days. (Doc. 30.)

Upon due consideration, the Court finds the Parties have demonstrated good cause for an extension and **GRANTS IN PART and DENIES IN PART** the Parties' motion.[1] (Doc. 29.) The Parties shall have **THIRTY DAYS** from the date of this Order to conduct additional discovery. In light of the Parties' request for private mediation (Doc. 30), the Court **STAYS** the remaining pending deadlines, not

---

[1] The Court notes the Parties request an extension of "discovery and all other deadlines" and in the Parties' attached proposed order, they appear to request an extension of the deadlines for the last day to submit expert witness reports. (See Doc. 29-1, at 4.) Pursuant to the Court's prior Revised Scheduling Order (Doc. 26, at 1), the last day for Plaintiffs to file an expert witness report was February 8, 2023, and the last day for Defendant to file an expert witness report was March 8, 2023. (Id.) Because these deadlines passed before the Parties requested an extension, the Court **DENIES** the Parties' motion for reconsideration as it relates to the last day to furnish expert witness reports by both Plaintiffs and Defendant.

including the discovery deadline, through and including June 9, 2023. The parties shall advise the Court as to the status of the case by no later than June 16, 2023. In the event the case is not resolved through mediation, the last day for filing civil motions, including Daubert motions, but excluding motions in limine, shall be July 10, 2023.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of April, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA